**Exhibit A to the Complaint**

**Location:** San Diego, CA  
**Total Works Infringed:** 54  
**IP Address:** 70.95.164.134  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 7F1ADE8C086DB800E961EE224AF25214C57B441E | Blacked | 11/08/2018 17:24:29 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 2 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | Blacked Raw | 04/23/2018 02:24:59 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 3 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | Blacked | 09/27/2018 22:33:57 | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 4 | 0656C892D1762E5E78F02BE5114397590D97FB63 | Vixen | 10/07/2018 16:59:42 | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 5 | 0EBF18AC0E79280489EE94DC96271771D8C0F973 | Blacked | 10/30/2018 03:51:46 | 10/27/2018 | 12/09/2018 | 17210230762 |
| 6 | 1096CDDF4898046E37BF746EF1CBCCE9F23F5411 | Tushy | 07/30/2018 06:16:32 | 03/12/2018 | 04/17/2018 | PA0002116754 |
| 7 | 11A0ED6FD01787382313B9E73EF5E1E248723ADB | Tushy | 08/08/2018 04:12:12 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 8 | 20BE11C2502D5A25646B7110C3B3EBBB91DA5D2A | Blacked Raw | 09/25/2018 00:00:49 | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 9 | 24197D1FFAF2A799F965BE76E8D26D97D883A348 | Blacked | 10/15/2018 04:08:50 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 10 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 08/10/2018 18:27:13 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 11 | 2D6F36D003DA3969AF34BB1FBC54C26CAFF938E1 | Blacked | 09/13/2018 02:26:11 | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 12 | 303AA83349BCEE7961EA7089C245D7431040E54A | Blacked Raw | 08/31/2018 02:31:13 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 13 | 32849B7309C970D52DDAC8057008EF5F5E3004DB | Vixen | 10/21/2018 20:47:36 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 14 | 352D8D6F68451DBAD94635B8E4343E8D1632C261 | Blacked Raw | 10/21/2018 01:40:10 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 15 | 3BF616A8556DA6801124C26EA864439649D28569 | Vixen | 08/18/2018 03:01:27 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 16 | 3F4C0253E2228A9EDE1621364527323DE26F2BE0 | Blacked | 08/09/2018 01:33:33 | 08/08/2018 | 09/01/2018 | PA0002119598 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 46C33809F29D369890E47CA507558A0C95D4D4B3 | Blacked | 10/07/2018 21:07:25 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 18 | 47EC9147F70B7996279104C18914B3F8B4C2D403 | Vixen | 10/30/2018 04:21:04 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 19 | 5607FB237E5FA3E5BA620D154F1EF59EA5754FAC | Blacked Raw | 09/20/2018 02:25:40 | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 20 | 58EC41C70988B6CE018C5B2C01B0FCEEFA14FE7E | Blacked | 06/11/2018 00:28:54 | 05/30/2018 | 07/14/2018 | PA0002131762 |
| 21 | 59E3177605E126975D3EFD1D354C228B7D3751BA | Blacked | 07/16/2018 03:30:52 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 22 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 09/10/2018 04:02:34 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 23 | 6A077F909D299C10D7835B781958667FBDAB2D3F | Vixen | 09/14/2018 19:42:03 | 09/14/2018 | 11/01/2018 | PA0002143437 |
| 24 | 6FAEC06702D299A0953DDB78138E36423343C8CC | Blacked | 09/22/2018 21:48:44 | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 25 | 702122D55FF1CED7D1BCB2D27577AFA74AB6A20A | Blacked | 11/02/2018 03:09:24 | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 26 | 7292082365DE0740E29D2062A581836D4D3084D0 | Blacked Raw | 10/10/2018 03:31:50 | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 27 | 771BFBA9DA574E9C91CE9B46506ED89362ED6DB7 | Vixen | 07/01/2018 01:51:40 | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 28 | 77DC05DFAED662EFC304D79E72453C50FF4FD553 | Vixen | 11/06/2018 04:04:34 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 29 | 77F6638FA47EB0E7B3275180409C805C7A6AA7BD | Blacked | 10/18/2018 02:42:50 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 30 | 785A6EA8AC73F22172110D99507392A6C6916D7B | Vixen | 10/03/2018 04:38:01 | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 31 | 7A1551B9C87003EB6002EC500FBE59AAF1A921E3 | Vixen | 05/01/2018 04:19:52 | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 32 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | Blacked Raw | 10/25/2018 03:05:06 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 33 | 87B8B690CA170CEBEA67BF5FD44E2EA98D37CD35 | Vixen | 08/28/2018 01:13:04 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 34 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | Blacked Raw | 10/05/2018 01:21:58 | 10/04/2018 | 10/16/2018 | PA0002127787 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 8A6AAA22A539A360EA9BECDB37E827DDCB9E3963 | Vixen | 07/10/2018 05:01:27 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 36 | 8B8DEE500ECB007329A8BDFE4876DF06B5568238 | Blacked | 04/10/2018 19:07:26 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 37 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | Blacked | 09/19/2018 03:05:03 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 38 | 9B11F6F01AE25C3AD8319CA63E97AC9FC9168534 | Vixen | 08/02/2018 23:08:12 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 39 | 9BB8256558E7C3FF27AA139F23401B45323454A7 | Blacked | 06/11/2018 00:48:17 | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 40 | A6D8D1095105A2B456C744EE3C3CCF28E3E52E59 | Blacked Raw | 07/27/2018 02:21:20 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 41 | A89525172FC31E96791A5091366B3B562DA0B84A | Blacked Raw | 08/17/2018 06:56:37 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 42 | AB0416D3D467A65588B4A56A193171F584F1CFB1 | Blacked | 07/01/2018 05:46:35 | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 43 | AE018081CC4330DF8B60E8A2FAC0D579A38C985A | Vixen | 08/23/2018 04:40:28 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 44 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 04/13/2018 05:00:41 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 45 | C0892F5A35C6C4F1739F8DE541C56F9CCAE8D846 | Blacked | 08/29/2018 03:10:50 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 46 | C380F80EE6E70EE3D61A49487A5DF7BC3F58DE0E | Blacked Raw | 09/29/2018 21:14:59 | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 47 | C4D547831620292BAA2C18F6B30D7D0228151536 | Blacked Raw | 08/01/2018 00:06:11 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 48 | C5C313D67B34AFCA724EF2281977F37088FD7FA1 | Blacked | 06/11/2018 00:58:08 | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 49 | CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365 | Blacked | 08/18/2018 07:37:22 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 50 | D852FA52B433E33281CD4D63EF0F9B59CEF29B62 | Blacked Raw | 09/14/2018 19:48:49 | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 51 | D8D7AA43D1F211B5C0E6AB6C3FA34FB34CB16036 | Blacked Raw | 06/30/2018 05:39:59 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 52 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 03/27/2018 03:46:42 | 03/26/2018 | 04/12/2018 | PA0002091525 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | F518524A3E8B5819DB451A88F725D979F728EC34 | Vixen | 08/14/2018 04:59:32 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 54 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | Blacked Raw | 07/22/2018 00:59:03 | 07/21/2018 | 09/01/2018 | PA0002119592 |